UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TODD HENDERSON, | No. 2:18-CV-0077-SMJ |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| CAVALRY SPV I LLC, a Delaware limited liability company, | |
| Defendant. | |

On May 14, 2018, the parties filed a stipulated dismissal, ECF No. 11. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED:**

**1.** The parties' Stipulation and Proposed Order of Dismissal With Prejudice, **ECF No. 11**, is **GRANTED.**

**2.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT.**

**4.** All hearings and other deadlines are **STRICKEN.**

**5.** The Clerk's Office is directed to **CLOSE** this file.

ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 22nd day of May 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge